UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ADVANTAGE MEDIA GROUP, ET AL.         CIVIL ACTION NO. 09-320

VERSUS                                JUDGE PARKER

SMART DISCIPLINE, LLC, ET AL.         MAGISTRATE JUDGE NOLAND

## ANSWER

NOW INTO COURT, through undersigned counsel, come defendants, Smart Discipline, LLC, Lawrence J. Koenig, Basixco, LLC, and Frank Zondlo, who answer the plaintiff's "First Supplemental, Amending, and Re-Stated Complaint" as follows:

1. These defendants deny the allegations of paragraphs 1, 2, 8, 16, 21, 22, 23, 25, 26, 29- 32, 34, 39, 44, 45, 47, 49, 50-53, 55, 61, 62, 63-67, 73-99, 101-113, 115-126, 128-144, and 146-164.

2. These defendants deny for lack of sufficient knowledge or information the allegations of paragraphs 3, 11-15, 17-19, 28, 36-38, 40-43, 48, 57-60, 63, 64, 68-71, 73, 74, and 127.

3. These defendants specifically show that the documents attached to the complaint are the best evidence of their contents, terms, and conditions regarding the allegations of paragraphs 17, 18, 35, 43, 46, 48, 58, 59, and 71.

4. These defendants admit the allegations of paragraphs 4, 5-7, 9, 10, 20, 24, 27, 56, 57, 100, 114, and 145.

5. Regarding paragraph 33, these defendants deny for lack of sufficient information or recollection that Dr. Koenig was the first individual to whom the Zondlo Defendants turned upon learning of Legacy questioning their activities and admits the other allegations of that paragraph.

6. Regarding paragraph 35, these defendants admit all the allegations except the last sentence, which they deny.

7. Regarding paragraph 54, the Koenig defendants deny any effort to create any consumer confusion but admit that their program is called Smart Discipline. They deny they registered the domain name thesmarttransformation.com. If any response is required by the Zondlo defendants, then they deny these allegations.

8. These defendants deny all allegations in the prayer of the complaint.

9. These defendants show that they acted at all times in good faith.

10. These defendants request a jury trial as to all issues triable by jury.

11. These defendants expressly reserve their right to amend or supplement this answer at a later date and to assert additional defenses.

Respectfully Submitted:

**SCOTT D. WILSON**
**A PROFESSIONAL LAW CORPORATION**
12605 South Harrell's Ferry Road
Suite 6
Baton Rouge, Louisiana 70816
Phone 225-291-9009; Fax 225-291-9007
sdwilsonlaw@aol.com

BY:_____
   **SCOTT D. WILSON**
   Louisiana Bar Roll # 19835

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2010, a copy of this pleading was filed electronically with the Clerk using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the court's system.

s/Scott D. Wilson