UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ADVANTAGE MEDIA GROUP, ET AL.         CIVIL ACTION NO. 09-320

VERSUS         JUDGE PARKER

SMART DISCIPLINE, LLC, ET AL.         MAGISTRATE JUDGE NOLAND

## SUPPLEMENTAL AND AMENDED ANSWER AND COUNTERCLAIM

NOW INTO COURT, through undersigned counsel, come defendants, Smart Discipline, LLC, Lawrence J. Koenig, Basixco, LLC, and Frank Zondlo, who submit and file this supplemental and amended answer and counterclaim. Defendants reiterate all paragraphs of their original answer and incorporate them herein.

## ADDITIONAL DEFENSES

12. None of the defendants intended to "warn" potential customers about any problem with the Total Transformation product. Rather, they were only entreating customers– or warning them– not to "miss out on" an opportunity to consider an alternative product.

13. There can be no trademark infringement as the word "transformation" is in the public domain.

14. Larry Koenig neither infringed plaintiff's trademark personally nor performed any work that led to any such alleged infringement, not did he personally benefit from any alleged infringement.

15. These defendants believed, and had reasonable grounds to believe, that their use of the domain name and language in question was a fair use or otherwise lawful, particularly as Dr. Koenig's trademark certificate for "Smart Discipline" expressly states that he does not have title to the word "discipline." Dr. Koenig believed that plaintiff's trademark certificate did

not convey to plaintiff title to the word "transformation."

16. Plaintiff's mark is THE TOTAL TRANSFORMATION. None of these defendants used any words other than "total transformation" (not "the") in connection with this matter.

## COUNTERCLAIM

I. Made defendants in counterclaim are Advantage Media Group, plaintiff; Steve Anderson, CEO and Founder of Legacy Publishing Co.; Cheryl Kepner, Vice President, Marketing, Legacy Publishing Co.; and James Lehman, creator of The Total Transformation program.

II. Plaintiffs in counterclaim are defendants Dr. Larry Koenig and Smart Discipline, LLC.

III. Dr. Koenig owns the distinctive mark "smart discipline" and the domain name smartdiscipline.com, and uses them in connection with conducting the business of Smart Discipline, LLC, which offers parenting and relationship programs with products marketed through lectures, books, referrals, magazines, through the internet, and otherwise.

IV. Counterclaim defendants have violated Dr. Koenig and Smart Discipline, LLC's trademark rights, engaged in false advertising and unfair competition, violated the Anticybersquatting Consumer Protection Act, 15 USC 1125(d), and violated various other state and federal statutory and common laws.

V. Specifically, in violation of 15 USC 1125(d)(A), counterclaim defendants in bad faith traffic in and use a domain name, "smartdicipline.com," that is confusingly similar to the distinctive mark "smart discipline" (and the domain name smartdiscipline.com). The counterclaim defendant's trafficking in and use of this domain name constitutes typosquatting, a form of cybersquatting which relies on misspellings and typographical errors made by internet users when inputting a website address into a web browser.

VI. In the same or similar manner as alleged by counterclaim defendants in their restated

complaint at paragraphs 36-41, counterclaim defendants purchased "keywords" that resulted in their "sponsored links" for The Total Transformation appearing on one's computer screen whenever a search was conducted on Google for SMART DISCIPLINE. Counterclaim defendants have apparently discontinued this practice regarding SMART DISCIPLINE, but the practice may still be observed by conducting a Google search for "www.loveandlogic.com." (A sponsored link to the [www.TheTotalTransformation.com](www.TheTotalTransformation.com) appears).

VII. Defendants' conduct constitutes unlawful trademark infringement and trademark dilution in violation of the Lanham Act and other federal and state laws.

VIII. Defendants unlawfully used the Smart Discipline mark to direct consumers searching for Smart Discipline's website to a website offering defendants' products.

IX. Defendants' use of the Smart Discipline mark in search results that redirect to the website that promoted defendants' products created a likelihood of confusion or initial interest confusion for consumers likely to be confused as to the relationship between these parties, and confused into purchasing defendants' program when they were seeking Smart Discipline.

X. As a result of defendants' conduct, counterclaim plaintiffs have suffered and will continue to suffer damage to business reputation and goodwill, diversion of trade, and lost profits.

XI. Defendants' conduct has been willful, wanton, malicious, and done with an intent to deceive, and counterclaim plaintiffs are entitled to recover fees, costs, and treble damages.

WHEREFORE, counterclaim plaintiffs, Dr. Larry Koenig and Smart Discipline, LLC, pray that after due proceedings are had there be judgment rendered in their favor and against the counterclaim defendants, Advantage Media Group, Steve Anderson, Cheryl Kepner, Legacy

Publishing Co., and James Lehman, awarding them all damages to which they are entitled, together with statutory damages, treble damages, costs, fees, interest, and all other legal, general, and equitable relief.

    Respectfully Submitted:

**SCOTT D. WILSON**
**A PROFESSIONAL LAW CORPORATION**
533 Europe Street
Baton Rouge, Louisiana 70802
Phone 225-388-9788; Fax 225-344-1200
sdwilsonlaw@aol.com

BY:    S/Scott D. Wilson
     **SCOTT D. WILSON**
     Louisiana Bar Roll # 19835

CERTIFICATE OF SERVICE

    I hereby certify that on the ____ day of _____, 2010, a copy of this pleading was filed electronically with the Clerk using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the court's system.

s/Scott D. Wilson